No. 73–5357. Correa-Negron *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 73–5402. Osorio *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 73–5415. Noah *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 73–5431. Morales *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 73–5434. Simpson *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 73–5443. Sprouse et al. *v.* Federal Prison Industries, Inc. C. A. 5th Cir. Certiorari denied.

No. 73–5446. Buchholz et al. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 73–5470. Isaac *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 73–5475. Rivera *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 73–5511. Scherer *v.* Nevada Supreme Court et al. C. A. 9th Cir. Certiorari denied.

No. 73–5534. Lucchetti *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 73–5594. DeLevay *v.* Downs. C. A. 4th Cir. Certiorari denied.

No. 73–5601. Dickey *v.* Superior Court of California, County of Riverside. Ct. App. Cal., 4th App. Dist. Certiorari denied.